**IT IS THEREFORE ORDERED THAT**:

(1) *UPS' Motion in Limine to Exclude Character Evidence Regarding Randy Flowers* [Doc. No. 85] is **GRANTED** as described herein;

(2) UPS *Motion in Limine to Exclude Testimony Regarding Confederate Flag at Randy Flowers' Personal Residence* [Doc. No. 86] is **GRANTED**;

(3) *UPS' Motion in Limine to Exclude Testimony Regarding Alleged Harassment Because of Dan Smelser's Leave Under the FMLA* [Doc. No. 88] is taken under advisement;

(4) *UPS' Motion in Limine to Exclude Testimony Regarding Alleged Discriminatory Statements or Feelings Towards Hispanics* [Doc. No. 89] is **GRANTED IN PART** and **DENIED IN PART** as described herein;

(5) UPS' *Motion in Limine to Exclude Testimony Regarding Alleged Discriminatory Statements Made By Randy Flowers* [Doc. No. 87] is **GRANTED IN PART** and **DENIED IN PART** as described herein; and

(6) *Plaintiffs' Motion in Limine* [Doc. No. 93] is **DENIED**.

_____
**UNITED STATES DISTRICT JUDGE**